UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BARRY CAMERON                                                PLAINTIFF

v.                              No. 2:21-CV-02138

JAIL ADMINSTRATOR
NICK MCKITTRICK                                              DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 7) from Chief United States Magistrate Judge Mark E. Ford.  Plaintiff has not filed objections and the deadline to object has passed.  The Magistrate recommends that Plaintiff's claims against Defendant McKittrick in his official capacity be dismissed without prejudice.  The Magistrate further recommends that Plaintiff's claims against Defendant McKittrick in his personal capacity should remain for further review.  The Court has carefully reviewed the report and recommendation and agrees with the Chief Magistrate Judge.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 7) is ADOPTED IN FULL.  Plaintiff's claims against Defendant McKittrick in his official capacity are DISMISSED WITHOUT PREJUDICE as recommended by the Chief Magistrate Judge. Plaintiff's other claims remain pending, and this case remains referred.

IT IS SO ORDERED this 9th day of November, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE