IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BARRY CAMERON                                                                                              PLAINTIFF

v.                                               CASE NO. 2:21-CV-2138

JAIL ADMINISTRATOR
NICK McKITTRICK                                                                                         DEFENDANT

## **ORDER**

The Court has received a report and recommendation (Doc. 22) Chief U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that Defendant's Motion to Dismiss (Doc. 18) be granted and that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (Doc. 18) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this June 22, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE